IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TERRY BENTLEY                                                                                           PLAINTIFF

V.                                                            CIVIL ACTION NO. 4:15-cv-00001-SA-JMV

ILLINOIS CENTRAL RAILROAD
COMPANY                                                                                               DEFENDANT

ORDER ON MOTION

Pursuant to a Memorandum Opinion issued this day, Defendant's Motion to Dismiss [3] is DENIED. The STAY imposed due to pendency of the motion is hereby LIFTED.

SO ORDERED, this the 10th day of August, 2015.

                                               **/s/ Sharion Aycock**
                                               **U.S. DISTRICT JUDGE**