# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

TERRY BENTLEY,

   Plaintiff,

v.

ILLINOIS CENTRAL RAILROAD COMPANY,

   Defendant.

CIVIL ACTION NO. 4:15-cv-00001-SA-JMV

## ORDER GRANTING DEFENDANT'S REQUEST FOR ATTORNEYS FEES AND PLAINTIFF'S MOTION TO DISBURSE SETTLEMENT FUNDS

This motion is before the Court on the request of the Defendant for attorney's fees and expenses incurred enforcing the settlement agreement reached between the parties on January 21, 2016 (doc #55), and Plaintiff's Motion to Disburse Settlement Funds (Doc #56). The parties having agreed to entry of this order, the Court finds that the motions are well taken and should be granted as provided below.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendants request for attorneys' fees and expenses and the Plaintiff's Motion to Disburse Settlement funds are hereby granted with $5,350.00 in attorney's fees and $36.30 in expenses to be deducted from the gross settlement amount payable to Plaintiff.

SO ORDERED this the 12th day of January, 2017.

            /s/ Sharion Aycock
            UNITED STATES DISTRICT COURT JUDGE